No. 328. WEIN v. CALIFORNIA, *ante*, p. 866. Rehearing denied.

No. 86. LINDER v. COLLINS ET AL., MEMBERS OF THE BOARD OF COUNTY COMMISSIONERS OF WALLACE COUNTY, KANSAS, ET AL., *ante*, p. 44;

No. 106. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. v. SWITCHMEN'S UNION OF NORTH AMERICA ET AL., *ante*, p. 818;

No. 133. JAMES ET AL., TRADING AS CHICAGO BOARD Co., v. FEDERAL TRADE COMMISSION, *ante*, p. 821;

No. 150. WEGMANN v. MANNINO ET AL., *ante*, p. 824;

No. 173. FRIEDMAN ET UX., DOING BUSINESS AS CITY METAL SALVAGE CO., v. HILL, *ante*, p. 825;

No. 264. DeLUCIA v. UNITED STATES, *ante*, p. 836;

No. 286. MAHER v. ELLSWORTH ET AL., *ante*, p. 839;

No. 41, Misc. SHIELS ET AL. v. BALTIMORE & OHIO RAILROAD Co., *ante*, p. 846;

No. 52, Misc. JUELICH v. UNITED STATES, *ante*, p. 847;

No. 70, Misc. ROUSSEAU v. HURTADO, EXECUTRIX, *ante*, p. 849; and

No. 123, Misc. HOLLIS v. TEXAS, *ante*, p. 852. Petitions for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

NOVEMBER 24, 1958.

No. 31. LANVIN PARFUMS, INC., v. UNITED STATES. Appeal from the United States District Court for the Southern District of New York. (Probable jurisdiction noted, 355 U. S. 951.) The motion of Jacob Rothman for leave to file brief, as *amicus curiae*, is granted. *Gustave B. Garfield* for movant.